UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY E. HAYES,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 17-cv-02337-EDL<br><br>**JUDGMENT** |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of May 11, 2018, Plaintiff's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: May 11, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge